**UNITED STATES of America,**
**Appellee,**

v.

**William SMITH, Jr., Appellant.**

**No. 02–1591.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 16, 2002.

Filed July 22, 2002.

Before McMILLIAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

William Smith, Jr., pleaded guilty to committing bank robbery and jeopardizing a person's life with a dangerous weapon. *See* 18 U.S.C. § 2113(a), (d) (2000). The District Court[1] sentenced Smith to seventy-one months of imprisonment and three years of supervised release and ordered him to pay $12,069 in restitution. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is excessive. Smith has filed a pro se supplemental brief in which he seems to criticize counsel's performance before the District Court.

Smith's allegedly excessive sentence is unreviewable on appeal because it was imposed within the applicable Guidelines range. *See United States v. Woodrum,* 959 F.2d 100, 101 (8th Cir.1992) (per curiam). Smith's ineffective-assistance claim should be brought, if at all, in a 28 U.S.C. § 2255 proceeding. *See United States v. Hernandez,* 281 F.3d 746, 749 (8th Cir. 2002). Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find that there are no nonfrivolous issues.

Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.